IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 3:04-23305-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO DISMISS |
| PATSY DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

It appears Plaintiff has heretofore filed its complaint in the above-entitled foreclosure against Patsy Davis. It further appears that said borrower(s) Patsy Davis subsequently made financial arrangements satisfactory to Plaintiff by paying the account current, and all parties now desire a discontinuance of the action, the cessation of which would be mutually beneficial.

Now, therefore, upon Plaintiff's motion which is made pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is,

Ordered, that the complaint in this action be, and the same hereby is, dismissed and the action ended, without prejudice; and it is

FURTHER ORDERED, that the Clerks of the Federal District Court and the appropriate County Court are authorized and directed to cancel of record any Lis Pendens which heretofore may have been filed in the action.

_ Cameron McGowan Currie
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

June 16, 2005